STEPHEN KEUPLER et al., respondents,

*v.*

ANDREW EISELE et al., appellants.

[Submitted December 11th, 1911.  Decided March 4th, 1912.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Leaming, whose opinion is reported *ante p. 480.*

*Messrs. French & Richards,* for the appellants.

*Mr. George J. Bergen,* for the respondents.

PER CURIAM.

The order appealed from will be affirmed for the reasons stated in the opinion filed in the court below by Vice-Chancellor Leaming.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, PARKER, BERGEN, VOORHEES, MINTURN, KALISCH, BOGERT, VREDENBURGH, VROOM, CONGDON, WHITE, TREACY —15.

*For reversal*—None.